UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DORIS WALKER, et al.,

    Plaintiffs,

v.

ALI OBAD, et al.,

    Defendants.

Case No. 16-cv-05044-RS

**ORDER DISMISSING CASE**

Plaintiffs Doris Walker and Lily Cruz filed this action on August 31, 2016, seeking a permanent injunction and moving to proceed *in forma pauperis* ("IFP"). On September 1, they filed a motion for a preliminary injunction. That same day, the IFP motion was granted, the preliminary injunction motion was denied, and the complaint was dismissed *sua sponte* pursuant to 28 U.S.C. § 1915(e)(2) for failing to set forth a cognizable claim. The order of dismissal provided plaintiffs thirty days to file an amended complaint. Ninety days have since passed, and plaintiffs have not filed an amended complaint. The case is therefore dismissed. The Clerk is hereby instructed to close the case.

**IT IS SO ORDERED**.

Dated: November 30, 2016

_____
RICHARD SEEBORG
United States District Judge